*State, Respondent, v. Mickle, Petitioner*, No. 90650-5. Petition for review of a decision of the Court of Appeals, No. 31629-7-III, July 17, 2014, 182 Wn. App. 1025. *Granted* and *remanded* to the superior court August 5, 2015.

*State, Respondent, v. Norris, Petitioner*, No. 90720-0. Petition for review of a decision of the Court of Appeals, No. 43927-1-II, August 5, 2014, 182 Wn. App. 1047. *Granted* and *remanded* to the superior court August 5, 2015.

*State, Respondent, v. Bradley, Petitioner*, No. 90745-5. Petition for review of a decision of the Court of Appeals, No. 71647-6-I, June 16, 2014, 181 Wn. App. 1034. *Granted on a specific issue* and *remanded* to the superior court August 5, 2015.

*State, Respondent, v. Turner, Petitioner*, No. 90758-7. Petition for review of a decision of the Court of Appeals, No. 71962-9-I, August 11, 2014, 182 Wn. App. 1055. *Granted* and *remanded* to the superior court August 5, 2015.

*State, Respondent, v. Chenault, Petitioner*, No. 91359-5. Petition for review of a decision of the Court of Appeals, No. 44203-5-II, January 27, 2015, 185 Wn. App. 1036. *Granted on a specific issue* and *remanded* to the superior court August 5, 2015.

*State, Petitioner, v. Budd, Respondent*, No. 91529-6. Petition for review of a decision of the Court of Appeals, No. 31638-6-III, March 3, 2015, 186 Wn. App. 184. *Granted* August 5, 2015.

State, Respondent, v. Bolton, Petitioner, No. 90550-9. Petition for review of a decision of the Court of Appeals, No. 31672-6-III, June 12, 2014. *Granted on a specific issue* and *remanded* to the superior court August 5, 2015.